UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAILA FRENCH and JAZMIN JOHNSON, | : | |
| Plaintiffs, | : | CIVIL CASE NO. |
| | : | 3:22-cv-01199-RNC |
| v. | : | |
| | : | |
| THE TRUSTEES OF TRINITY COLLEGE | : | |
| d/b/a TRINITY COLLEGE, | : | |
| Defendant. | : | JANUARY 20, 2023 |

### JOINT STATUS REPORT

Pursuant to the Scheduling Order of December 21, 2022 (ECF # 24), the Plaintiffs and Defendant submit the following Joint Status Report:

**A: Status of the Case**: Defendant's Motion to Stay Discovery (ECF # 23) and Defendant's Motion to Dismiss (ECF # 27) are pending. Plaintiffs' responses to these motions are currently due February 2, 2023 and February 13, 2023 respectively.

No discovery has commenced yet. The Parties have been discussing a potential private mediation of the case. Depending on whether the Parties agree to proceed with mediation, an extension of the Initial Disclosure deadline may be requested. The Initial Disclosure deadline is February 1.

**B: Referral for Settlement Purposes:** At present, the Parties are not requesting referral for settlement purposes to a United States Magistrate Judge or Special Masters Program.

**C: Jury Trial Before a Magistrate Judge:** The parties do not consent to a jury trial or bench trial before a Magistrate Judge.

**D: Estimated Length of Trial:** The estimated length of trial will be at least 10 days and an additional 2 days for argument and charge.

THE DEFENDANT,
THE TRUSTEES OF TRINITY COLLEGE

By: _/s/Jonathan C. Sterling_
   James M. Sconzo, Esq. (ct04571)
   Jonathan C. Sterling, Esq. (ct24576)
   Amanda M. Brahm, Esq. (ct30581)
   CARLTON FIELDS, P.A.
   One State Street
   Suite 1800
   Hartford, CT  06103
   Telephone:  860-392-5000
   Facsimile:  860-392-5058
   Email: jsconzo@carltonfields.com
          jsterling@carltonfields.com
          abrahm@carltonfields.com
   Its Attorneys

THE PLAINTIFFS,
CAILA FRENCH AND JAZMIN
JOHNSON

By: _/s/  Nina T. Pirrotti_
   Nina T. Pirrotti (ct26792)
   Joshua R. Goodbaum (ct28834)
   Jordan E. Sala (ct30627)
   GARRISON, LEVIN-EPSTEIN,
   FITZGERALD &
   PIRROTTI, P.C.
   405 Orange Street
   New Haven, CT 06511
   Telephone:  203-777-4425
   Facsimile:  203-776-3965
   Email: npirrotti@garrisonlaw.com
          jgoodbaum@garrisonlaw.com
          jsala@garrisonlaw.com
   Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Jonathan C. Sterling*
                                            Jonathan C. Sterling (ct24576)