UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAILA FRENCH and JAZMIN JOHNSON,<br>    Plaintiffs, | : <br> : <br> : | CIVIL ACTION NO.<br>3:22-cv-01199-RNC |
| v. | : <br> : | |
| THE TRUSTEES OF TRINITY COLLEGE<br>d/b/a TRINITY COLLEGE,<br>    Defendant. | : <br> : <br> : <br> : | JULY 20, 2023 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), request that the Court dismiss the action with prejudice and without costs and without attorneys' fees.

| THE DEFENDANT,<br>THE TRUSTEES OF TRINITY COLLEGE | THE PLAINTIFFS,<br>CAILA FRENCH AND<br>JAZMIN JOHNSON |
|---|---|
| By: */s/ Jonathan C. Sterling*<br>Jonathan C. Sterling (ct24576)<br>CARLTON FIELDS, P.A. P.C.<br>One State Street, Suite 1800<br>Hartford, CT  06103-3102<br>Telephone: (860) 392-5000<br>Facsimile: (860) 392-5058<br>E-mail: jsterling@carltonfields.com<br>Its Attorneys | By: */s/ Nina T. Pirrotti*<br>Nina T. Pirrotti (ct26792)<br>GARRISON, LEVIN-EPSTEIN,<br>FITZGERALD & PIRROTTI, P.C.<br>405 Orange Street<br>New Haven, CT 06511<br>Telephone: 203-777-4425<br>Facsimile: 203-776-3965<br>Email: npirrotti@garrisonlaw.com<br>Their Attorneys |

**CERTIFICATION**

I hereby certify that, on this 20th day of July, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        */s/ Jonathan C. Sterling*
                                        Jonathan C. Sterling